UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAQUIM PEDRO DE MORAIS FILHO,

Petitioner,

-against-

THE ATTORNEY GENERAL OF THE UNITED STATES; THE DIRECTOR OF THE FEDERAL BUREAU OF PRISON; THE WARDEN OF THE METROPOLITAN CORRECTIONAL CENTER (MCC) / RELEVANT DETENTION FACILITY,

Respondents.

26-CV-2342 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner Joaquim Pedro de Morais Filho, a resident of Brazil, brings this action *pro se* and submits what he styles as a *habeas corpus* petition under 28 U.S.C. § 2241, which he did not sign. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

Petitioner is directed to review and sign, within thirty days of the date of this order, the attached declaration setting forth his compliance with Rule 11(a). A declaration form is attached.

No answer shall be required at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: August 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAQUIM PEDRO DE MORAIS FILHO,<br>Petitioner,<br>-against-<br>THE ATTORNEY GENERAL OF THE UNITED STATES; et al.,<br>Respondents. | 26-CV-2342 (LTS)<br>DECLARATION |

I, Joaquim Pedro de Morais Filho, declare under penalty of perjury that the foregoing is true and correct:

I am a petitioner in this action and I respectfully submit this declaration in response to the Court's order dated August 13, 2026. I have signed this declaration as proof that I have read the petition in this action and that I am a petitioner in this action. Pursuant to Rule 11(b) of the Federal Rules of Civil Procedure, I certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) the petition is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

| | | | |
|---|---|---|---|
| Dated | | Signature | |
| Name (Last, First, MI) | | Prison Identification # (if incarcerated) | |
| Address | City | State | Zip Code |
| Telephone Number | | E-mail Address (if available) | |